# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 22-11112 (AE) |
| | : | |
| **RONNIE AMPARO,** | : | **ORDER AMENDING** |
| | : | **CO-SIGNOR & TPC** |
| **Defendant.** | : | |

AND NOW, this  27  day of MAY, 2022, upon consent of the parties Defendant Ronnie Amparo (David A. Holman, appearing), for a modification to his bail condition (Sarah Sulkowski, appearing) and Pre-Trial Services (as per Kathleen Cullen); for good cause, it is ORDERED:

That Mr. Amparo's RELEASE conditions be amended as follows:

1. Josmary Cabral shall be removed as the co-signor and third-party custodian of Mr. Amparo's bond.
2. Ybana Quezada, shall serve as co-signor and third-party custodian, replacing Ms. Cabral on the bond.
3. All other conditions of bail shall remain the same.

S/André M. Espinosa
_____
ANDRE M. ESPINOSA
U.S. Magistrate Judge